# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| **COREY JOHNSON, an individual on behalf of minor child, S.J.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CACHE COUNTY SCHOOL DISTRICT, TERI CUTLER, DENISE MOURITSEN, et. al.,**<br><br>Defendants. | **SETTLEMENT CONFERENCE ORDER**<br><br>**Case No. 1:18-cv-00057**<br><br>**District Judge Dale Kimball**<br><br>**Magistrate Judge Evelyn J. Furse**<br><br>**Settlement Magistrate Judge Dustin B. Pead** |

The above entitled matter was referred to Magistrate Judge Dustin Pead for settlement. (ECF No. 68.) A Settlement Conference was held on November 13, 2018. In attendance were Defendants Teri Cutler, Denise Mouritsen and Lori Reynolds along with their attorneys Darin Goff and Kyle Kaiser. Also present were Plaintiffs Corey Johnson and S.J. along with their attorney Angela Elmore.

A confidential settlement was reached between the parties and placed on the record. As set forth on the record, after certain conditions of the settlement are completed Defendants shall file a motion to dismiss the action with prejudice.

DATED this 13th day of November, 2018.

BY THE COURT:

_____
Dustin Pead
U.S. Magistrate Judge